UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-CV-21438-JORDAN

JOEL VARELA, and similarly situated
current or former employees,

    Plaintiff,

vs.

HOUSE OF DOORS, INC., a Florida
corporation, ABEL ALICEA, an
Individual,

    Defendants.
_____/

### ORDER OF DEFAULT

It appearing that the Defendants herein, HOUSE OF DOORS, INC. and ABEL ALICEA, are in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against Defendants HOUSE OF DOORS, INC. and ABEL ALICEA, as of course, on this date, _September 15, 2008._ Mr. Varela shall move for final default judgment, with supporting exhibits and affidavits, no later than September 29, 2008.

_____
U.S.D.J.

cc: Counsel of record.