UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.08-21438-CIV-JORDAN

| | |
|---|---|
| JOEL VARELA, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| HOUSE OF DOORS, INC. et al., | ) ) |
| Defendant | ) ) |

**DEFAULT FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 55(b)(2) and 58, a default final judgment is entered in favor of Joel Varela and against House of Doors, Inc. and Abel Alicea in the sum of $22,810.40[1], plus $3,550 in attorneys' fees and $490 in costs, for a total of $26,850.40, for which let execution issue.

This case is CLOSED and any pending motions are DENIED AS MOOT.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of October, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record

---

[1] This amount is based on an average of 10 overtime hours per week, the average number of overtime hours that Mr. Varela declared in his affidavit.